IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
MISC.# 3:09mc1

FILED
CHARLOTTE, NC
JAN 0 5 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

FOR THE MATTER OF AUTHORIZING
THE U.S. PROBATION OFFICE
TO USE A GLOBAL POSITIONING SYSTEM (GPS)
TRACKING DEVICE DURING SURVEILLANCE
OF DEFENDANTS AND OFFENDERS

## ORDER

THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the need to provide U.S. Probation Officers with the appropriate surveillance tools. The Global Positioning System (GPS) Tracking Device will be used to assist U.S. Probation Officers with ensuring defendants and offenders compliance with the Court Ordered conditions of bond and supervision. This GPS Tracking Device will only be employed in cases where an officer has reasonable suspicion that violations of Court Ordered conditions have occurred.

Officers shall comply with the U.S. Probation, Western District of North Carolina Surveillance Policy while employing this GPS Tracking Device. Officers are authorized to use this device only after proper training.

In connection with providing the U.S. Probation Officers with the appropriate surveillance tools, **IT IS THEREFORE ORDERED AS FOLLOWS:** That the U.S. Probation Office for the Western District of North Carolina is authorized to use the Global Positioning System (GPS) Tracking Device as a surveillance tool.

This Order shall take effect on the 23rd day of December 2008 and shall continue until further action of this Court.

**IT IS SO ORDERED** this 23rd day of December 2008.

_____
Robert J. Conrad, Jr.
Chief U.S. District Court Judge

_____
Lacy H. Thornburg
U.S. District Court Judge

_____
Richard L. Voorhees
U.S. District Court Judge

_____
Frank D. Whitney
U.S. District Court Judge

_____
Martin Reidinger
U.S. District Court Judge

_____
Graham C. Mullen
Senior U.S. District Court Judge